UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIMA LS PLC,<br><br>                    Plaintiff,<br><br>           v.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation; PHOENIX LIFE INSURANCE COMPANY, a New York corporation; THE PHOENIX COMPANIES, INC., a Connecticut corporation; JAMES D. WEHR, an individual; PHILIP K. POLKINGHORN, an individual; EDWARD W. CASSIDY, an individual; and DONA D. YOUNG, an individual, and DOES 1-20, inclusive,<br><br>                    Defendants. | Case No. 12-CV-01122<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>August 2, 2012 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Plaintiff, Lima LS plc, by and through counsel, states as follows: Lima Holdings LLC owns 100% of the voting shares of Lima LS plc.  No publicly held corporation owns 10% or more of the stock of Lima LS plc.

Dated:  August 2, 2012

                                                Respectfully submitted,

                                                PLAINTIFF
                                                LIMA LS PLC

                                                /s/ Alfred U. Pavlis
                                                Alfred U. Pavlis (ct08603)
                                                Richard S. Gora (ct27479)
                                                FINN DIXON & HERLING LLP
                                                177 Broad Street
                                                Stamford, CT  06901-2048
                                                Tel: (203) 325-5000
                                                Fax: (203) 325-5001

E-mail:  apavlis@fdh.com
         rgora@fdh.com

Of Counsel:

Stephen G. Foresta
Philipp Smaylovsky
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019-6142
Tel: (212) 506-5000
Fax: (212) 506-5151
E-mail:  sforesta@orrick.com
         psmaylovsky@orrick.com

Khai LeQuang
Howard M. Ullman
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Tel: (949) 567-6700
Fax: (949) 567-6710
E-mail:  klequang@orrick.com
         hullman@orrick.com

## CERTIFICATION

I hereby certify that on August 2, 2012, a copy of foregoing Corporate Disclosure Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Alfred U. Pavlis
Alfred U. Pavlis (ct08603)
FINN DIXON & HERLING LLP
177 Broad Street
Stamford, CT  06901-2048
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: apavlis@fdh.com
        rgora@fdh.com