UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **LIMA LS PLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, THE PHOENIX COMPANIES, INC., JAMES D. WEHR, PHILIP K. POLKINGHORN, EDWARD W. CASSIDY, DONA D. YOUNG,** and **DOES 1–20**, <br><br> *Defendants.* | Civil Action No. 3:12-CV-01122 (WWE) <br><br><br> September 27, 2012 |

**DEFENDANTS' MOTION TO STAY DISCOVERY PENDING
THE COURT'S DECISION ON DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 26(c) and for the reasons set forth in the Memorandum in Support of this Motion, filed contemporaneously herewith, Defendants PHL Variable Insurance Company; Phoenix Life Insurance Company; The Phoenix Companies, Inc.; James D. Wehr; Phillip K. Polkinghorn; Edward W. Cassidy; and Dona D. Young move to stay discovery in this matter pending the Court's decision on the Motion to Dismiss filed by Defendants on September 24, 2012 (Doc. # 35).

1

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

/s/ *David T. McDowell*
Thomas F.A. Hetherington*
tom.hetherington@emhllp.com
David T. McDowell*
david.mcdowell@emhllp.com
Jarrett E. Ganer*
jarrett.ganer@emhllp.com
Shannon A. Lang*
shannon.lang@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas  77027
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
  *admitted *pro hac vice*

Thomas O. Farrish (ct19598)
tofarrish@daypitney.com
Michael P. Shea (ct26917)
mpshea@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-3499
Telephone:  (860) 275-0100
Facsimile: (860) 285-0343

**Attorneys for Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, The Phoenix Companies, Inc., James D. Wehr, Phillip K. Polkinghorn, Edward W. Cassidy, and Dona D. Young**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system on September 27, 2012, which should have generated and delivered electronic notice of filing to all counsel of record.

/s/ *David T. McDowell*
Thomas F.A. Hetherington

**ORAL ARGUMENT REQUESTED**