UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIMA LS PLC,

      Plaintiff,

 -vs.-

PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, THE PHOENIX COMPANIES, INC., JAMES D. WEHR, PHILIP K. POLKINGHORN, EDWARD W. CASSIDY, DONA D. YOUNG, and DOES 1-20,

      Defendants.

Case No.: 3:12-CV-01122 (WWE)

May 21, 2013

## NOTICE OF FILING CERTIFICATES OF GOOD STANDING

In accordance with D. CONN. L. CIV. R. 83.1(d)(4), the undersigned attorney hereby submits the Certificates of Good Standing for Allan J. Arffa, Jessica S. Carey and Martin Flumenbaum.

    Respectfully submitted,

    /s/ Richard S. Gora
    Alfred U. Pavlis (ct08603)
    Richard S. Gora (ct27479)
    FINN DIXON & HERLING LLP
    177 Broad Street
    Stamford, CT  06901-2048
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail:  apavlis@fdh.com
        rgora@fdh.com

    *Attorneys for Plaintiff Lima LS plc*

{01638933; 1; 2395-2 }

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ALLAN J. ARFFA

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 8, 1982**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 20, 2013

Clerk of the Court

3629

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JESSICA SOMBAT CAREY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **June 28, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 20, 2013**

_____
Clerk of the Court

3630

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# MARTIN FLUMENBAUM

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 3, 1975**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 20, 2013**

_Susanna R._
Clerk of the Court

3628

## CERTIFICATION

I hereby certify that on May 21, 2013, a copy of the foregoing Notice of Filing Certificates of Good Standing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

> By: /s/ Richard S. Gora
> Richard S. Gora (ct27479)
> FINN DIXON & HERLING LLP
> 177 Broad Street, 15th Floor
> Stamford, CT 06901-2689
> Telephone: (203) 325-5000
> Facsimile: (203) 325-5001
> Email: rgora@fdh.com