UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIMA LS PLC,<br><br>                      Plaintiff,<br><br>          -vs.-<br><br>PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, THE PHOENIX COMPANIES, INC., JAMES D. WEHR, PHILIP K. POLKINGHORN, EDWARD W. CASSIDY, DONA D. YOUNG, and DOES 1-20,<br><br>                      Defendants. | Case No.:  3:12-CV-01122 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br>June 7, 2013 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel respectfully moves this Court to withdraw the appearance of Alfred U. Pavlis in the above-captioned matter on behalf of plaintiff Lima LS plc ("Lima").  Other Connecticut counsel, from the firm of Wiggin & Dana LLP, has appeared and will continue to represent Lima in this action. A copy of this motion has been served by certified mail on Lima in accordance with Local Rule 7(e).

{01651403; 1; 2395-2 }

1

WHEREFORE, the undersigned counsel respectfully requests that the Court withdraw the appearance of Alfred U. Pavlis in this action.

Dated: June 7, 2013

                        Respectfully submitted,

                        PLAINTIFF
                        LIMA LS PLC

                        /s/ Alfred U. Pavlis
                        Alfred U. Pavlis (ct08603)
                        FINN DIXON & HERLING LLP
                        177 Broad Street
                        Stamford, CT  06901-2048
                        Tel: (203) 325-5000
                        Fax: (203) 325-5001
                        E-mail:  apavlis@fdh.com

## CERTIFICATION

I hereby certify that on June 7, 2013, a copy of foregoing Motion to Withdraw was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

>	/s/ Alfred U. Pavlis
>	Alfred U. Pavlis (ct08603)
>	FINN DIXON & HERLING LLP
>	177 Broad Street
>	Stamford, CT  06901-2048
>	Tel: (203) 325-5000
>	Fax: (203) 325-5001
>	E-mail:  apavlis@fdh.com