# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LIMA LS PLC**, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:12-CV-01122 (WWE) |
| **PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, THE PHOENIX COMPANIES, INC., JAMES D. WEHR, PHILIP K. POLKINGHORN, EDWARD W. CASSIDY, DONA D. YOUNG,** and **DOES 1–20**, | § § § § § § § § | August 30, 2013 |
| *Defendants.* | § § § | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the reasons set forth in the Memorandum in Support of this Motion, filed contemporaneously herewith, Defendants PHL Variable Insurance Company; Phoenix Life Insurance Company; The Phoenix Companies, Inc.; James D. Wehr; Phillip K. Polkinghorn; and Dona D. Young move to dismiss with prejudice all claims in Plaintiff's Amended Complaint.

**ORAL ARGUMENT REQUESTED**

Respectfully submitted,

/s/ *Thomas F.A. Hetherington*
Thomas F.A. Hetherington*
tom.hetherington@emhllp.com
David T. McDowell*
david.mcdowell@emhllp.com
Jarrett E. Ganer*
jarrett.ganer@emhllp.com
Shannon A. Lang*
shannon.lang@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas  77027
Telephone:     (713) 337-5580
Facsimile:     (713) 337-8850
*admitted *pro hac vice*

Kathleen D. Monnes (ct13433)
kdmonnes@daypitney.com
Thomas O. Farrish (ct19598)
tofarrish@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-3499
Telephone:  (860) 275-0100
Facsimile: (860) 285-0343

*Attorneys for Defendants*

*The Phoenix Companies, Inc., Phoenix Life Insurance Company, PHL Variable Insurance Company, James D. Wehr, Philip K. Polkinghorn, and Dona D. Young*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court's CM/ECF system on August 30, 2013, which should have generated and delivered electronic notice of filing to all counsel of record.

/s/ *Thomas F.A. Hetherington*
Thomas F.A. Hetherington

2

**ORAL ARGUMENT REQUESTED**