UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LIMA LS PLC, :
    Plaintiff, :
 :
v. : 3:12-cv-01122-WWE-HBF
 :
PHL VARIABLE INSURANCE :
COMPANY, *ET AL*., :
    Defendants. :

## ORDER RE: FEBRUARY 26, 2016 CONFERENCE

On February 26, 2016, the Court held a case management conference. Prior to the conference, counsel for the parties submitted a joint agenda, listing the items for discussion. Familiarity with the procedural and factual background of this matter is presumed.

**I. Barrett Production**

Third party Barrett Advisors, LLC, has produced to plaintiff's counsel 2.5 years of monthly valuation documents, which defendants have sought by subpoena. Despite a negotiated redaction protocol, counsel for plaintiff has proposed withholding the bulk of these documents, which have been described as a monthly package of 15-25 documents, including spreadsheets. Another larger category (three to six thousand documents) is listed on a log of documents described by plaintiff's counsel as ministerial.

To allow defendants to make a determination about their need for additional monthly valuation documents, plaintiffs will produce initially, in accordance with the redaction protocol, the monthly analysis files for each of the 30 months, and a quarterly sampling of the input files. Defendants' need for further production will be evaluated after defendants' experts study this first phase of the Barrett Production.

**II. Subpoena to Fortress Investment Group, LLC**

The subpoena seeks Fortress' documents regarding the Lima portfolio and any valuation thereof. Responses to the requests will be ready within 30 days. The parties will promptly notify the Court of any problems.

**III. Depositions**

The parties will work to achieve a mutually agreeable deposition schedule.

**IV. Lima's Document Production**

Plaintiff will produce a log of responsive documents regarding Apollo related production within 30 days, at which time plaintiff will be able to estimate a timeline for redaction.

**V. Lima's Request No. 6**

Phoenix produced 4 and withheld 33 documents in response to Request No. 6., concerning the merger transaction with Nassau Reinsurance Group. Defendants sent plaintiff a letter explaining their position. Defendants will forward the letter and plaintiff will forward its response to the Court. The parties will apprise the court of how these documents overlap with the two thousand documents involved in the related S.D.N.Y. production, as well as how Judge Marrero is addressing such issues there.

ENTERED at Bridgeport, Connecticut, this 15th day of March 2016.

/s/Holly B. Fitzsimmons
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE