# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LIMA LS PLC**, | § | Civil Action No. 3:12-CV-01122 (WWE) |
| *Plaintiff,* | § § § | |
| v. | § § | |
| **PHL VARIABLE INSURANCE COMPANY, PHOENIX LIFE INSURANCE COMPANY, THE PHOENIX COMPANIES, INC., JAMES D. WEHR, PHILIP K. POLKINGHORN, and DONA D. YOUNG,** | § § § § § § § § | |
| *Defendants.* | § | September 9, 2016 |

### DEFENDANTS' CONSENT MOTION TO SEAL PORTIONS OF THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR <u>RECONSIDERATION OF AUGUST 5, 2016 RULING</u>

Pursuant to D. Conn. L. Civ. R. 5(e), Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, The Phoenix Companies, Inc., James D. Wehr, Philip K. Polkinghorn, and Dona D. Young ("Defendants"), by and through their undersigned attorneys, file this Consent Motion to Seal portions of their Opposition to Plaintiff's Motion for Reconsideration of August 5, 2016 Ruling (the "Opposition") as follows.

On February 20, 2014, this Court entered its Stipulated Protective Order (the "Protective Order"). (*See* Dkt. No. 123.) To maintain the confidentiality of Discovery Material designated "Confidential" in this litigation, the Protective Order provides that parties may file a motion to seal with this Court in accordance with Rule 5(e) of the Local Rules for the United States District Court for the District of Connecticut. (*See id.* at ¶ 11.) Defendants' Opposition contains Discovery Material designated "Confidential" pursuant to the Protective Order. Plaintiff does not oppose this motion to seal.

1

Defendants will electronically file under seal the Opposition on the Court's CM/ECF system. Defendants will also publicly file redacted versions of the Opposition on the Court's CM/ECF system. Accordingly, a redacted version of the Opposition will be available on the Court's public docket. Defendants will also serve unredacted versions of their Opposition on all counsel of record.

Respectfully submitted,

/s/ *Kendall J. Burr*
Thomas F.A. Hetherington*
tom.hetherington@emhllp.com
David T. McDowell*
david.mcdowell@emhllp.com
Jarrett E. Ganer*
jarrett.ganer@emhllp.com
Kendall J. Burr
Kendall.burr@emhllp.com
EDISON, MCDOWELL & HETHERINGTON LLP
1001 Fannin St, Suite 2700
Houston, Texas  77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
  *admitted *pro hac vice*

Kathleen D. Monnes (ct13433)
kdmonnes@daypitney.com
Thomas O. Farrish (ct26917)
tofarrish@daypitney.com
DAY PITNEY LLP
242 Trumbull Street
Hartford, Connecticut 06103-3499
Telephone:  (860) 275-0100
Facsimile: (860) 285-0343

***Attorneys for Defendants PHL Variable Insurance Company, Phoenix Life Insurance Company, The Phoenix Companies, Inc., James D. Wehr, Philip K. Polkinghorn, and Dona D. Young***

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed with this Court's CM/ECF service on September 9, 2016. Notice of this filing should be sent to all counsel of record by operation of the Court's CM/ECF system.

                                      /s/ *Kendall J. Burr*
                                      Kendall J. Burr