IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LIMA LS PLC, | CASE NO. 12-cv-01122-WWE |
| Plaintiff, | **ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| v. | |
| PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation; PHOENIX LIFE INSURANCE COMPANY, a New York corporation; THE PHOENIX COMPANIES, INC., a Connecticut corporation; JAMES D. WEHR, an individual; PHILIP K. POLKINGHORN, an individual; and DONA D. YOUNG, an individual, | |
| Defendants. | |

Upon the parties' Joint Stipulation for Voluntary Dismissal with Prejudice of Plaintiff's Complaint ("Joint Stipulation") and the terms set out in such Joint Stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), IT IS HEREBY:

**ORDERED** that Plaintiff's Amended Complaint (Dkt. No. 84) is hereby dismissed with prejudice, with each party to bear its own attorneys' fees, costs and other expenses.

**SO ORDERED**.

Dated: February 14, 2017

/s/
Warren W. Eginton
Senior, United States District Court Judge